SHARON MAXWELL
Bankruptcy Trustee
CHAPTER 7 TRUSTEE
177 NORTH CHURCH STE 625
TUCSON, AZ 85701
(520) 623-7401

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re: | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| ANDERSON, CURTIS R. | ) | CASE NO. 08-13457-EWH |
| ANDERSON, TRESTA ADRIAN | ) | |
| | ) | |
| | ) | PETITION TO PAY |
| Debtor(s) | ) | DIVIDEND IN AMOUNT LESS |
| | ) | THAN $5.00 TO THE CLERK OF |
| | ) | THE U.S. BANKRUPTCY COURT |

SHARON MAXWELL, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 6- | COMPASS BANK<br>P O BOX 10566<br>BIRMINGHAM AL | 3.16 |
| 7- | RECOVERY MGMT SYSTEMS<br>GE MONEY BANK<br>BASSETT FURNITURE/GEMB<br>25 SE 2ND AVE #1120<br>MIAMI FL 33131 | 1.49 |
| 9- | RECOVERY MGMT SYSTEMS<br>GE MONEY BANK/CHEVRON<br>25 SE 2ND AVE #1120<br>MIAMI FL 33131 | 0.93 |
| 10 | ECAST SETLMNT CORP<br>HSBC BANK<br>P O BOX 35480<br>NEWARK NJ 07193-5480 | 1.88 |

*October 28, 2010*   */s/ Sharon Maxwell*